# CRIMINAL COMPLAINT

## United States District Court

**DISTRICT of ARIZONA**

United States of America
v.
Anthony Michael BRUMFIELD

DOB: xx-xx-1998
United States Citizen

**DOCKET NO.**

**MAGISTRATE'S CASE NO.**
20-01568MJ

Complaint for violation of Title 26 United States Code §§ 5861(d)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about February 12, 2020, at or near Tucson, in the District of Arizona, Anthony Michael BRUMFIELD did knowingly possess a firearm as defined in Title 26, United States Code, Section 5845; that is, a Glock machinegun switch, not registered to BRUMFIELD in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On February 5, 2020, Special Agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) received information that an individual named Anthony Michael BRUMFIELD was advertising a Glock machinegun switch on the cellular phone application known as Snapchat.

On February 12, 2020, Special Agents located a brief video, posted from BRUMFIELD's Snapchat account, showing him in possession of two Glock machinegun switches. Special Agents began surveilling BRUMFIELD and saw him meet with another individual. Special Agents observed BRUMFIELD transfer several firearms to the other individual. Special Agents seized the firearms and determined one of the firearms to be a Glock machinegun switch.

The Glock machinegun switch was examined by Special Agents on scene, who determined it met the definition of a machinegun, as defined in Title 26, United States Code, Section 5845. Specifically, it is a firearm designed to expel more than one projectile with the single press of the trigger.

ATF Special Agents queried the National Firearms Registration and Transfer Record and confirmed the machinegun switch was not registered to anyone, and BRUMFIELD had no firearms registered to him.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

N/A

**REQUEST DETENTION**
Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

AUTHORIZED BY: AUSA

**SIGNATURE OF COMPLAINANT**

**OFFICIAL TITLE**
Alexander Tisch, ATF Special Agent

Sworn to before me and subscribed in my presence.

**SIGNATURE OF MAGISTRATE JUDGE**[1]

**DATE**
February 13, 2020

[1] See Federal rules of Criminal Procedure Rules 3 and 54